| | |
|---|---|
| Brandon L. Reeves, Esq. | Robert Stempler, Esq. |
| (SBN 242897) | (SBN 160299) |
| Ellis, Coleman, Poirier, LaVoie & Steinheimer, LLP | Consumer Law Office of Robert Stempler, APLC |
| 555 University Ave., Suite 200 East | P.O. Box 1721 |
| Sacramento, CA 95825 | Palm Springs, CA 92263-1721 |
| (916) 283-8820 Telephone | Tel: 760/422-2200 |
| (916) 283-8821 Fax | Fax: 760/479-5957 |
| BReeves@ecplslaw.com | Robert@StopCollectionHarassment.com |
| Attorney for PORTFOLIO RECOVERY ASSOCIATES LLC | Attorney for Plaintiff ERIC ESPINOZA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ESPINOZA,<br><br>         Plaintiff,<br><br>    vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC,<br><br>         Defendant. | Case No. 09-cv-02520-JLS-JMA<br><br>STIPULATION FOR DISMISSAL PURUANT TO RULE 41(a)(1)(ii). |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, as follows:

Stipulation to Dismiss Entire Action With Prejudice

1

This case has been settled in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 11, 2010 | CONSUMER LAW OFFICE OF ROBERT STEMPLER, APLC |
| | s/Robert Stempler_____<br>Robert Stempler,<br>Attorney for Plaintiff |
| Dated: March 11, 2010 | ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER, LLP |
| | s/Brandon L. Reeves_____<br>Brandon L. Reeves,<br>Attorneys for Defendant |